Barbara A. Smart, Esq., S.B. #147719
Smart Legal Services
Attorney at Law
22693 Hesperian Blvd., Suite 210
Hayward, CA 94541

Telephone: (510) 670-0101
Fax: (510) 783-1645
Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re:

**JIN EUNG LEE**

Debtor(s).

Case No.: 10-33422 SFM13
Chapter: 13

**STIPULATION TO CONTINUE
CONFIRMATION HEARING**

It is hereby stipulated that the hearing scheduled for November 10, 2010 at 1:30 pm be continued to January 19, 2011 at 1:30 pm. This continuance is contingent upon the following:

1. The initial meeting of creditors has been continued to December 16, 2010 at 10:00am.
2. Debtor shall provide the Trustee with Business Questionnaire, 2009 Taxes, and an Amended Plan by November 22, 2010 or the case will be dismissed.

Upon satisfaction of the above contingency, the case is continued; if the above contingency is resolved by the continued date, the case may be dismissed on the request of the Trustee.

It is hereby stipulated.

Dated: November 5, 2010          BY:  /s/ David Burchard, Trustee
                                      DAVID BURCHARD, Chapter 13 Trustee


Dated:   November 5, 2010        BY: /s/*Barbara A. Smart*
                                      BARBARA A. SMART, Attorney for Debtor


Dated:   November 5, 2010        BY: /s/*Kenneth I Schumaker*
                                      KENNETH I. SCHUMAKER, Attorney for
                                      McFadden Construction Inc.